# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| BENARD BRYANT, | ) | |
| Movant, | ) | |
| v. | ) | No. 4:16CV412 JAR |
| UNITED STATES OF AMERICA, | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

Before the Court is movant's pro se motion to reopen the time to reply to the Government's response to show cause order (Doc. No. 14). Movant states he did not file a reply because the Court/Clerk failed to notify or furnish him with a copy of the Government's response or any order to reply. The Court notes that in its response, the Government certified that a copy was mailed to Movant on September 27, 2016; however, after consideration, the Court will grant Movant's motion to allow him to file a reply.

Accordingly,

**IT IS HEREBY ORDERED** that Movant's Motion to Reopen Time to Reply to Government's Response [14] is **GRANTED**. Movant shall have forty-five (45) days from the date of this Memorandum and Order, and **no later than January 5, 2017**, to file his reply to the Government's response.

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to mail Movant a copy of the Government's Response to Show Cause Order, as well a copy of this Order, at the following address: Bernard Bryant #39446-044, Greeenville Federal Correctional Institution, P.O. Box 5000, Greenville, IL 62246.

Dated this 21st day of November, 2016.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　**JOHN A. ROSS**
　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**